**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

IN RE:                              )
                                    ) CASE NO. 09-21095
DIETRA C. CHAMBERS,                 ) CHAPTER 7
                                    ) HON. MANUEL BARBOSA
       Debtor.                      )

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

   At:  100 S. 3rd Street, Room 250, Geneva, IL  60134

   On:    November 4, 2010   Time:  10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $    115,001.87 |
   | Disbursements | $     73,440.51 |
   | Net Cash Available for Distribution | $     41,561.36 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 9,000.00 | $ 134.92 |
| Attn'y for Trustee | $ -0- | $ 1,690.00 | $ -0- |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ 38,187.14 , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  0.93  %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Dept. of the Treasury | $   187.14 | $   0.00 |
| | Dietra C. Chambers | $38,000.00 | $15,368.22 |
| | Charles Chambers | $15,368.22 | $15,368.22 |

7. Claims of general unsecured creditors totaling $ 87,135.27  have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be  0  %.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | 15,939.54 | 0.00 |
| 2 | Chase Bank NA | 6,867.26 | 0.00 |
| 3 | Earthmover Credit Union | 17,261.88 | 0.00 |
| 5 | Dept. of the Treasury | .93 | 0.00 |
| 6 | GE Money Bank D/B/A Sam's Club | 508.25 | 0.00 |
| 7 | Capital Rec. Assignee of Bank of America | 4,567.57 | 0.00 |
| 8 | FIA Card Services, NA | 41,989.84 | 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, .ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

    NONE

Dated: _____                    For the Court,


                                           By: _____
                                               Kenneth S. Gardner
                                               Clerk of the U.S. Bankruptcy Court
                                               219 S. Dearborn Street, 7th Floor
                                               Chicago, IL  60604

Roy Safanda

Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bankruptcy/Forms/New – Notice of Trustee's Final Report, Hearing

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhuley                 Page 1 of 2                   Date Rcvd: Sep 22, 2010
Case: 09-21095                 Form ID: pdf006              Total Noticed: 57

The following entities were noticed by first class mail on Sep 24, 2010.
db           +Dietra C Chambers,    1900 Lilac Ln, Apt B,    Aurora, IL 60506-6671
aty          +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty          +Kerrie S Neal,    Zalutsky & Pinski, Ltd.,    20 North Clark St,    Suite 600,
               Chicago, IL 60602-4184
aty          +Lawrence W Lobb,    Law Office of Lawrence W. Lobb, P.C.,    101 W. Hamilton St.,
               Geneva, IL 60134-2272
aty          +Shamira A Youkhaneh,    Zalutsky & Pinski,    20 N Clark Street 6th Floor,    Chicago, IL 60602-4109
tr           +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
14029965     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14029966     +Barclays Bank Delaware/Travelocity,    Attention: Customer Support Department,    Po Box 8833,
               Wilmington, DE 19899-8833
14029967     +Capital One Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
14753337     +Capital Recovery III LLC As Assignee of Capital On,     Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14029968     +Charles W. Chamber VI,    1818 W. Illinois Ave,    Aurora, IL 60506-1810
14029969     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14029970     +Chase Bank,    PO BOX 1335,    Buffalo, NY 14240-1335
14440281      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14029971      Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
14029972     +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
14029973     +Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14477457     +Earthmover Credit Union,    Steven D Titiner,    1700 N. Farnsworth Ave.,    Aurora, IL 60505-1523
14029976     +Earthmovers Cu,    Po Box 2937,    Aurora, IL 60507-2937
14029977     +First National Bank Credit Card Center,    Attention: Bankruptcy Department,
               Po Box 3331 Stop Code 3105,    Omaha, NE 68103-0331
14029981     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14029982     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
14029983     +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
14616536    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Dept of the Treasury, Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114)
14029985    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   IRS,    230 S. Dearborn,    Stop 5016-CHI,    Chicago, IL 60604)
14029984    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   IRS,    Department of the Treasury,    P.O. Box 21126,
               Philadelphia, PA 19114)
14029987     +Ky Higher Ed Student,    10180 Linn Station Rd,    Suite C200,    Louisville, KY 40223-3832
14029988     +Lane Bryant,    Po Box 182273,    Columbus, OH 43218-2273
14029989     +Lane Bryant Retail/soa,    450 Winks Lane,    Bensalem, PA 19020-5932
14029990     +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14029991      Mark Brent, Esq,    Aurora, IL 60506
14029992      Memorial Hospital of Carbondale,    10604 Justin Drive,    Des Moines, IA 50322-3755
14029993     +NCO Financial,    P.O. Box 12100,    Dept 64,    Trenton, NJ 08650-2100
14029994     +Netbank Inc,    Po Box 60,    St Cloud, MN 56302-0060
14029996     +Ntb/cbsd,    Po Box 6003,    Hagerstown, MD 21747-6003
14029997     +Provena Mercy Medical Center,    Pellettieri,    991 Oak Creek Dr,    Lombard, IL 60148-6408
14030000     +Sears/cbsd,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
14029999     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
14030001     +Steven D. Titiner,    1700 N. Farnsworth Ave.,    Aurora, IL 60505-1523
14030002     +U.S. Attorneys office,    219 S. Dearborn St. 5th floor,    Chicago, IL 60604-2029
14030003     +Victoria's Secret,    Po Box 182273,    Columbus, OH 43218-2273
14030006     +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510
14030007     +Wfnnb/new York & Compa,    220 W Schrock Rd,    Westerville, OH 43081-2873
14030008     +Wfnnb/roompl,    Po Box 337003,    Northglenn, CO 80233-7003
14030009     +Wfnnb/tsa,    Po Box 182273,    Columbus, OH 43218-2273
The following entities were noticed by electronic transmission on Sep 22, 2010.
14029964     +E-mail/Text: roy.buchholz@allianceoneinc.com                          Alliance One,
               4850 Street Road,    Suite 300,    Feasterville Trevose, PA 19053-6643
14029974     +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2010 02:28:40      Conseco Finance,    Attn: Bankruptcy,
               P.O. Box 103106,    Roswell, GA 30076-9106
14386633      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 23 2010 02:18:03      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14029975     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 23 2010 02:18:03      Discover Finance,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
14753407      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 23 2010 02:17:17
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14726830     +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2010 02:28:40      GE Money Bank dba SAM'S CLUB,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14029978     +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2010 02:28:40      GEMB / HH Gregg,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14029979     +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2010 02:28:40      Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103106,    Roswell, GA 30076-9106
14029980     +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2010 02:28:40      Gemb/walmart,    Po Box 981400,
               El Paso, TX 79998-1400
14029986     +E-mail/PDF: cr-bankruptcy@kohls.com Sep 23 2010 02:17:57      Kohls,    Attn: Recovery,
               Po Box 3120,    Milwaukee, WI 53201-3120
14029995     +E-mail/Text: bankrup@nicor.com                          Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
```

```
District/off: 0752-1            User: lhuley                Page 2 of 2                  Date Rcvd: Sep 22, 2010
Case: 09-21095                  Form ID: pdf006             Total Noticed: 57

The following entities were noticed by electronic transmission (continued)
14029998     +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2010 02:28:40     Sams Club,
              Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                            TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
14030004    ##+Washington Mutual / Providian,   Attn: Bankruptcy Dept.,   Po Box 10467,
               Greenville, SC 29603-0467
14030005    ##Wells Fargo,   P.O. Box 9361,   Walnut Creek, CA 94598-0961
                                                                                TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2010**          **Signature:** _Joseph Speetjens_